## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| TAMMY ATKINS-POULIN AND RAQUEL ELIASEN,<br><br>   PLAINTIFFS,<br><br>v.<br><br>EDDIE BAUER, LLC,<br><br>   DEFENDANT. | Civil Action Docket No. 1:18-cv-00447-GZS |

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Pursuant to the provisions of F.R. Civ. P. 41(a)(1)(ii), Plaintiffs Tammy Atkins-Poulin and Raquel Eliasen and Defendant, Eddie Bauer, LLC, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiffs' action with prejudice. Both parties waive all rights of appeal, and each party will bear its own costs and attorneys' fees.

SO STIPULATED AND AGREED.

DATED: June 3, 2020                                  DATED: June 3, 2020


*/s/ Jordan Payne Hay*                               */s/ Melinda Caterine*
_____    _____
Jordan Payne Hay, Esq.                               Melinda Caterine, Esq.
Attorney for Plaintiffs                              Attorney for Defendant
Skelton, Taintor & Abbott                            Littler Mendelson, P.C.
95 Main Street                                       1 Monument Square, Suite 600
Auburn, ME 04210                                     Portland, ME 04101
207-784-3200                                         207-699-1123
jphay@sta-law.com                                    mcaterine@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2020, I electronically filed a Stipulation of Voluntary Dismissal with prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the registered attorneys of record.

I have mailed by United States Postal Service, the documents(s) to the following non-registered participants:  N/A.

                                                 */s/ Jordan Payne Hay*
                                                 Jordan Payne Hay, Esq.
                                                 Attorney for Plaintiffs
                                                 SKELTON TAINTOR & ABBOTT
                                                 95 Main Street
                                                 Auburn, ME  04210
                                                 (207) 784-3200
                                                 jphay@sta-law.com

Date: June 3, 2020